**GARY A. FARRELL**
ATTORNEY AT LAW
40 EXCHANGE PLACE
SUITE 1800
NEW YORK, NEW YORK 10005

Telephone (212) 822-1434
Fax (212) 482-1303
GaryFesq@aol.com
Garyfarrelllaw.com

February 24, 2022

Hon. James Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11242
*Via ECF*

RE: United States v. Kennith Desir
22-MJ-169

Dear Judge Bloom:

    I am writing on behalf of the above client pursuant to the directive of Judge Bulsara who arraigned the defendant last week. I have been advised by my client that he wishes to avail himself of the SOS program. My client and his family had a discussion with PTS Officer Amina Adossa-Ali who explained all the rules and regulations of the program. Based upon this development, I am respectfully requesting that the Court modify the conditions of release so that Mr. Desir's pre-trial supervision will be handled by the SOS program and PTS Officer Amina Adossa-Ali. I reached out to the Government to ascertain if they had any position on this request, but I have not heard back from them.

    Thank you in advance for your consideration.

Sincerely,

Gary Farrell

cc: AUSA Robert Polemni (via ECF)
    AUSA Michael Gibaldi (Via ECF)
    PTS Officer Amina Adossa-Ali (via email)